[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13948

Non-Argument Calendar

_____

SYLVESTER JOHNSON,

　　　　　　　　　　　　　　　　　　Petitioner-Appellant,

*versus*

SECRETARY, DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL, STATE OF FLORIDA,

　　　　　　　　　　　　　　　　　　Respondents-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cv-02297-CEH-TGW

_____

Before WILSON, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Sylvester Johnson, *pro se*, appeals the district court's final judgment denying his 28 U.S.C. § 2254 petition.  Upon review of the record and the State's response to the jurisdictional questions, we conclude that we lack jurisdiction over the appeal.

Johnson's November 17, 2022 notice of appeal is untimely to appeal from the district court's July 27, 2022 final judgment.  *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).  Following a limited remand, the district court denied Johnson's construed motion for relief under Federal Rule of Appellate Procedure 4(a)(6).  Johnson has not challenged that decision.  Thus, we lack jurisdiction over this appeal.  *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300-01 (11th Cir. 2010) (noting that the timely filing of a notice of appeal in a civil action is a jurisdictional requirement).

Accordingly, this appeal is DISMISSED for lack of jurisdiction.  All pending motions are DENIED as MOOT.